IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



ATLANTIC COAST PIPELINE, LLC,

    Plaintiff

    v.                                CIVIL NO. 2:18CV34

3.25 ACRES, MORE OR LESS, IN THE CITY OF SUFFOLK, VIRGINIA, ET AL.,

    Defendant.

## OPINION AND ORDER

This matter comes before the Court upon the Emergency Motion to Suspend Briefing Schedule on Plaintiff's Pending Motions, to set Scheduling Conference, and to Expedite Briefing and Consideration of this Emergency Motion (the "Motion") filed by Defendants Eva Jones Williams, Nathaniel Rueben Williams, Clayton Harpold, and Martha Mendez Jones (hereinafter the "Landowners"). ECF No. 9.

According to the Landowners, Plaintiff Atlantic Coast Pipeline, LLC ("Plaintiff") served "at least some of the Landowners" on January 25, 2018, with Plaintiff's Complaint, ECF No. 1, Plaintiff's Motion for Preliminary Injunction, ECF No. 5, and Plaintiff's Motion for Summary Judgment, ECF No. 7. The Landowners argue this creates a procedural posture in which they must to respond to Plaintiff's dispositive motions before they must answer Plaintiff's Complaint. To avoid this situation, and given the approaching deadlines, the Court will stay any proceedings on Plaintiff's dispositive motions until after the Landowners have been required to respond to the Complaint.

Accordingly, the deadline for any responses to Plaintiff's dispositive motions is **STAYED** pending further order of this Court, or until February 21, 2018, whichever comes first.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

                                              /s/
                                   Henry Coke Morgan, Jr.
                                   Senior United States District Judge
                              UNITED STATES DISTRICT JUDGE

Norfolk, VA
February 2, 2018